

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2014

No. 04-13-00547-CV

Rosemarie F. **O'KEEFE** and Thomas Revard Thiel,
Appellants

v.

Mary Martha Meek **MCNELIS** and Sean Brandon McNelis,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-02904
Honorable Barbara Hanson Nellermoe, Judge Presiding

## O R D E R

On November 19, 2013, this court abated the appeal to the trial court for a determination of appellants' claim of indigence. On November 25, 2013, the appellees notified this court by letter that the parties reached a settlement and an agreed judgment was entered by the trial court. Accordingly, we reinstated the appeal and ordered the parties to file a motion to dismiss the appeal due to the settlement. To date, no motion to dismiss the appeal has been filed. However, on January 16, 2014, appellant Rosemarie F. O'Keefe filed a notice stating that she is in bankruptcy. The notice states that the bankruptcy proceeding is pending in the United States Bankruptcy Court for the Western District of Texas, San Antonio Division, under Case No. 13-53084-RBK, styled *In re Rosemarie F. O'Keefe*. Included with the notice is an authenticated copy of the Notice of Bankruptcy Case Filing showing that the bankruptcy petition was filed on November 8, 2013. *See* TEX. R. APP. P. 8.1. Accordingly, the appeal and all time periods are suspended from the date the bankruptcy petition was filed. TEX. R. APP. P. 8.2.

It is therefore ORDERED that this appeal is ABATED. For administrative purposes, the appeal will be treated as a closed case, unless and until it is reinstated in accordance with Rule 8.3 of the Texas Rules of Appellate Procedure.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2014.



_____

Keith E. Hottle
Clerk of Court